# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BARBARA PAYNE, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. |
| | : 1:05-CV-1266-RWS |
| FULTON DEKALB HOSPITAL, | : |
| d/b/a Grady Health System, et al., | : |
| | : |
| Defendants. | : |

## ORDER

This case is before the Court for consideration of the Consent Motion for Filing of Plaintiff's Amended Complaint [16]. The parties having consented thereto, the Motion is hereby **GRANTED**. The Amended Complaint attached to Plaintiff's Motion as an exhibit shall be deemed filed the date of the entry of this Order.

SO ORDERED, this  13th  day of October, 2005.

/s/ Richard W. Story
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A